UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JENNY HWANG on behalf of herself and all others similarly situated,

          Plaintiffs,

-against-

SPARK PRETTY, LLC.

          Defendant.

Case No. 1:23-cv-3229

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated:   Hicksville, New York
          October 6, 2023

Respectfully Submitted,

**/s/ Mars Khaimov**

So Ordered,

s/Allyne R. Ross
_____
Allyne R. Ross, U.S.D.J. 10/10/2023

By:   Mars Khaimov, Esq.
      100 Duffy Avenue, Suite 510
      Hicksville, New York 11801
      Tel (929) 324-0717
      Fax (929) 333-7774
      Email: mars@khaimovlaw.com
      *Attorney for Plaintiff*